Fred ANDERSON, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 59711.**

Missouri Court of Appeals,
Western District.

March 19, 2002.

Rosalynn Koch, Assistant Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Stephanie Morrell, Assistant Attorney General, Jefferson City, MO, for respondent.

Before SPINDEN, C.J., EDWIN H. SMITH, J., and TURNAGE, Sr. J.

### Order

PER CURIAM.

Fred Anderson appeals from the order of the circuit court denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

Before ELLIS, P.J., and EDWIN H. SMITH and HOWARD, JJ.